01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Joseph F. Ambroiggio &     ) Chapter 7
      Margaret B. Ambroiggio      ) Bankruptcy Case No.
                                          )
                                          )
      Debtor(s)                        )

**DECLARATION REGARDING ELECTRONIC FILING**
**PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A.    [To be completed in all cases]

      I (We), <u>Joseph F. Ambroiggio</u> and <u>Margaret B. Ambroiggio</u> the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Joseph F. Ambroiggio                            Margaret B. Ambroiggio
Printed or Typed Name of Debtor or Representative     Printed or Typed Name of Joint Debtor

_[signature]_                                                _[signature]_
Signature of Debtor or Representative                    Signature of Joint Debtor

10/3/13                                                         10/3/13
Date                                                              Date